# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5254**             **September Term, 2021**
FILED ON: DECEMBER 9, 2021

DONALD J. TRUMP, IN HIS CAPACITY AS THE 45TH PRESIDENT OF THE UNITED STATES,
APPELLANT

v.

BENNIE G. THOMPSON, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, ET AL.,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-02769)

Before: MILLETT, WILKINS, and JACKSON, *Circuit Judges*

### JUDGMENT

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED and ADJUDGED** that the District Court's denial of the preliminary injunction appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date. It is

**FURTHER ORDERED** that this court's administrative injunction entered on November 11, 2021, be dissolved in 14 days from the date of this judgment, reflecting the amount of time the former President's counsel requested to file a petition for writ of certiorari and an accompanying motion for an injunction pending review with the Supreme Court. But if such a motion is filed, this court's administrative injunction will dissolve upon the Supreme Court's disposition of that motion. Appellant is directed to notify this court promptly both of any motion filed in the Supreme Court and of the disposition of that motion.

The Clerk is directed to withhold issuance of the mandate pending disposition of any motion for injunction filed in the Supreme Court. The administrative injunction will dissolve in 14 days from the date of this judgment if appellant does not seek an injunction pending review from the Supreme Court. The Clerk is directed to issue the mandate immediately after the dissolution of this court's administrative injunction. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41(a)(1).

**Per Curiam**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                   BY:     /s/

                                     Daniel J. Reidy
                                     Deputy Clerk

Date: December 9, 2021

Opinion for the court filed by Circuit Judge Millett.